## Commonwealth *v.* Felder, Appellant.

Submitted March 17, 1975. *Patrick J. Flannery,* Assistant

Public Defender, for appellant; *Jerome L. Cohen,* First Assistant District Attorney, and *Patrick J. Toole, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.